IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WELLS FARGO BANK MINNESOTA, N.A.,

      Plaintiff

          v.            CIVIL NO. 06-2249 (JP)

EVARISTO CRUZ MELENDEZ, et al.,

      Defendants

### **FINAL JUDGMENT**

The Court has before it the plaintiff's motion for dismissal of the complaint without prejudice (**No. 2**).

The Court **GRANTS** the motion, and **ENTERS JUDGMENT, DISMISSING WITHOUT PREJUDICE** the complaint against all defendants, without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 19th day of December, 2006.

                                          s/Jaime Pieras, Jr.
                                            JAIME PIERAS, JR.
                               U.S. SENIOR DISTRICT JUDGE